**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-4486**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONDREY TAMOUNT COPPER,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge.  (1:17-cr-00403-RDB-2)

Submitted:  January 14, 2020                          Decided:  January 21, 2020

Before NIEMEYER, WYNN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Vincent A. Jankoski, VINCENT A. JANKOSKI, ESQ, Silver Spring, Maryland, for Appellant.  Paul Michael Cunningham, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dondrey Tamount Copper seeks to appeal his criminal judgment, contending that the district court abused its discretion in ordering restitution in the amount of $248,721. A criminal defendant must file his notice of appeal within 14 days of the entry of the judgment. Fed. R. App. P. 4(b)(1)(A)(i); *United States v. Oliver*, 878 F.3d 120, 123 (4th Cir. 2017). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to 30 days to file a notice of appeal. Fed. R. App. P. 4(b)(4); *United States v. May*, 855 F.3d 271, 275 n.3 (4th Cir. 2017). The time limits in Rule 4(b) are nonstatutory claim-processing rules that do not affect this court's subject matter jurisdiction. *United States v. Urutyan*, 564 F.3d 679, 685 (4th Cir. 2009); *see Oliver*, 878 F.3d at 123. However, we strictly apply Rule 4(b) when the Government moves to dismiss the appeal within the time required by 4th Cir. R. 27(f). *United States v. Hyman*, 884 F.3d 496, 498-99 (4th Cir.), *cert. denied*, 139 S. Ct. 261 (2018).

Here, the district court entered judgment in Copper's case on October 18, 2018. Copper did not file his notice of appeal until June 23, 2019, well beyond both the 14-day appeal period and the 30-day excusable neglect period.

Because Cooper's appeal is clearly untimely and the Government has properly sought enforcement of the time limitation set forth in Fed. R. App. P. 4(b), we grant the motion to dismiss the appeal as untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*